IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02734-GPG

CINDY KIBEL,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant(s).

---

**MINUTE ORDER**

---

ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff initiated this action on November 15, 2017, by filing a Letter with the Court. The return address on the envelope was a post office box in Salida, Colorado. (ECF No. 1-1). In the Letter, Ms. Kibel asserts that the Park County Sheriff's deputies are confiscating her legal mail and complains about her convictions in the Chaffee County Combined Courts. Because Plaintiff's intentions are not clear, the clerk of the court opened a new civil rights action. In a November 16, 2017 Order, the Court directed Ms. Kibel to cure filing deficiencies. (ECF No. 3). The copy of the November 16 Order sent to Ms. Kibel at the post office box in Salida, Colorado, was returned to the Court as undeliverable. (ECF No. 4).

    Ms. Kibel suggests in her November 15 Letter that she is detained at the Park County Jail. Accordingly, the Clerk of the Court is directed to resend to Plaintiff a copy of the November 16 Order at the Park County Jail. Plaintiff shall have **30 days from the date of this minute order** to cure the deficiencies outlined in the November 16 Order. Plaintiff must notify the Court before the 30-day deadline if she needs the Court to provide her with any necessary forms to cure the deficiencies. Failure to comply with this minute order will result in dismissal of this action without further notice.

    Dated: December 26, 2017